### 3096.   JOE *v.* THE STATE.

POWELL, J. The case is entirely controlled by the decision of the Supreme Court in answer to certified questions. 136 *Ga.* 158 (70 S. E. 1105).

*Judgment affirmed.*

DECIDED JUNE 7, 1911.

Accusation of larceny; from city court of Dawson—Judge Edwards. December 12, 1910.

*H. A. Wilkinson, M. J. Yeomans,* for plaintiff in error.

*W. H. Gurr, solicitor,* contra.